

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/06/2019

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-31618-H5-13 |
| | § | |
| SONNIA RODRIGUEZ REYES, | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## Order Disallowing Notice of Post-Petition Mortgage Fees, Expenses and Charges Filed by Specialized Loan Servicing LLC
(Docket #32)

**AT HOUSTON, TEXAS** came on for consideration the Notice of Postpetition Mortgage Fees, Expense and Charges filed by Specialized Loan Servicing LLC and the Chapter 13 Trustee's Objection, and after listening to the evidence and all matters presented, the Court does hereby;

**ORDER** that the Trustee's objection is SUSTAINED. The Notice of Postpetition Mortgage Fees, Expenses and Charges filed on June 7, 2018 appearing as (docket #32) is DISALLOWED.

Signed: February 06, 2019

Jeffrey P. Norman
United States Bankruptcy Judge